UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBIN LEWIS and ROGER LEWIS, <br>     Plaintiffs, <br> v. <br><br> SPEEDWAY LLC, et al. <br>     Defendants. | No. 1:20-cv-1166 <br><br> Honorable Paul L. Maloney |

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: December 1, 2021                    /s/ Paul L. Maloney
                                                                                  Paul L. Maloney
                                                                                  United States District Judge